WATERLAND OPERATING COMPANY, Inc., Appellee, v. THE Steam Tug NYACK, Her Engines, etc., Erie Railroad Company, Appellee, and THE Steam Tug STROUDS-BURG, Her Engines, etc., The Delaware, Lackawanna & Western Railroad Company, Appellant.

No. 46.

Circuit Court of Appeals, Second Circuit.

Nov. 9, 1931.

John E. Morrissey, of New York City, for Delaware, Lackawanna & Western Railroad.

Park, Lynch & Hagen, of New York City (Anthony V. Lynch, Jr., and Charles W. Hagen, both of New York City, of counsel), for The Tug Nyack.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.

Galen H. WELCH, Collector of Internal Revenue for the Sixth District of California, Appellant, v. Lloyd K. HILLMAN, Appellee.

No. 6728.

Circuit Court of Appeals, Ninth Circuit.

Jan. 20, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed; mandate forthwith.

Jere L. WENTZ, Plaintiff-Appellant, v. RUB-BERSAN PRODUCTS, Inc., Defendant-Appellee.

No. 85.

Circuit Court of Appeals, Second Circuit.

Dec. 7, 1931.

Ashley & Foulds, of New York City (Andrew Foulds, Jr., of New York City, of counsel), for appellant.

Nelson Littell, of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Decree affirmed.